## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION 15-cv-0213-WS-C** |
| **v.** | ) | |
| | ) | |
| **HAROLD ROLAND REED, III,** *et* al., | ) | |
| | ) | |
| **Defendants.** | ) | |

### SATISFACTION OF JUDGMENT

To the Clerk:

The United States hereby states that the judgment for $522,238.33, plus interest, entered in the above-captioned case in favor of the United States and against Harold Roland Reed, III, on May 23, 2016 (Docket No. 69), has been fully satisfied. Accordingly, the Clerk of the United States District Court for the Southern District of Alabama is hereby authorized to satisfy and cancel the judgment of record against Harold Roland Reed, III.

Dated: December 8, 2023

DAVID A. HUBBERT
Deputy Assistant Attorney General

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
D.C. Bar No. 458568
P.O. Box 310
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-6553
Facsimile: (202) 514-9477
Email: Wendy.J.Kisch@usdoj.gov

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that service of the foregoing **SATISFACTION OF JUDGMENT** has this 8th day of December, 2023, been made by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which sends e-mail notification of such filing to the following attorneys of record:

George R. Irvine, III, Esq.
gri@sgclaw.com

Christine B. Segarra, Esq.
cbs@gclaw.com

D. Brad Hardin, Esq.
brad@bradhardin.com

**It is FURTHER CERTIFIED** that I have mailed by First Class United States mail, postage prepaid the foregoing document to the following non-CM/ECF participants:

Harold Roland Reed, III
106 W. Myrtle Avenue
Foley, AL 36535

WENDY J KISCH
Trial Attorney, Tax Division
U.S. Department of Justice